ELIAS B. THAYER *vs.* GEORGE F. SOUTHWICK & another & Trustee.

A verdict for the plaintiff in an action of tort will not charge the defendant as his trustee in foreign attachment.

TRUSTEE PROCESS. The city of Boston, on whom, as trustee of Southwick, the writ was served on the 29th of April 1854, answered that it had no goods, effects or credits of Southwick in its possession, unless it was chargeable as his trustee upon these facts:

In an action of tort, brought by Southwick against the city in this court, a verdict was rendered in his favor on the 20th of April 1854, for $12,000 and costs; on which judgment was rendered on the 8th of May, and on the 9th of May execution was issued thereon, and the judgment paid and satisfied by the city.

*G. W. Searle,* for the plaintiff.

*J. P. Healy,* (city solicitor,) for the trustee.

SHAW, C. J. The original cause of action did not render the city liable as trustee, because it is a cause of action arising from tort. The verdict did not convert it into a debt; no action of debt would lie on it. It could not constitute a debt till judgment should be rendered on it; and when judgment was rendered on it, it was too late for the city to plead it, or otherwise bring it to the notice of the court. The city owed the principal nothing when the trustee writ was served on them.

*Trustee discharged*